UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00097

**United States of America**

v.

**Marcelino Berumen et al.**

# ORDER

Before the court is the Government's unopposed motion to designate this multi-defendant case as complex under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(ii). The court **grants** the motion, thereby suspending Speedy Trial Act deadlines. All future settings will be calendared accordingly. Furthermore, it is hereby ordered that all future trial settings will include all remaining defendants.

*So ordered by the court on January 20, 2021.*

J. CAMPBELL BARKER
United States District Judge