IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:20-CR-97-09 |
| v. | § | |
| | § | JUDGES JCB/JDL |
| GLORIA ELIZABETH AGUILAR (09) | § | |

**FACTUAL BASIS**

Investigation by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (BATFE), Drug Enforcement Administration (DEA), Texas Department of Public Safety, and the Gregg County Sheriff's Office disclosed the following facts that establish that I, the defendant, **Gloria Elizabeth Aguilar**, committed the conduct described in Count 1 of the indictment, which charges a violation of 21 U.S.C. § 846 (conspiracy to distribute and to possess with intent to distribute methamphetamine). I agree that the following factual basis is true and correct:

1.     Beginning in or about March 2019, I knowingly and intentionally combined, conspired, confederated, and agreed with others, including co-defendants in this case, to distribute methamphetamine in the Eastern District of Texas. It was the objective of the conspiracy to earn a profit by possessing with the intent to distribute and distributing at least 50 grams or more of actual methamphetamine or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine. Within the conspiracy, I served as a distributor of methamphetamine to street-level dealers, receiving the drugs from my supplier and then selling them to others for profit. I knew

that those others whom I supplied would further distribute the methamphetamine before it was purchased by end users. I stipulate that: (1) I was personally responsible for the distribution of at least 50 grams of actual methamphetamine, (2) my co-conspirators and I distributed at least that amount during my involvement in the conspiracy, and (3) such distribution was part of the jointly undertaken activities of the conspiracy.

2. I had agreed with my co-conspirators, including my co-defendants in this case, to violate federal drug laws by facilitating the purchase and distribution of methamphetamine in the Longview, Texas areas, which are in the Eastern District of Texas. I knew that the objective of the conspiracy was to distribute methamphetamine, and I knowingly involved myself in the conspiracy. My co-conspirators and I were interdependent upon each other to achieve our objectives of purchasing and distributing methamphetamine.

3. On September 17, 2019, I facilitated two transactions with a person that I now know was working with law enforcement as a confidential informant (CI). The CI asked to purchase three ounces of methamphetamine, but I did not have that amount at that time. I agreed to sell the approximately 20 grams of methamphetamine I had at the time and then arrange for the remaining amount to be delivered. After I sold the CI the first amount, my supplier arrived with the remaining amount, which my supplier then delivered to the CI once the CI gave me the remaining money for the transaction. The two baggies of methamphetamine were later tested in a laboratory and determined to be

19.5 grams and 63.8 grams, totaling 83.3 grams, of actual methamphetamine. I agree and stipulate that I possessed the methamphetamine with the intent to distribute it.

4. I am pleading guilty to Count 1 in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel provided to me. I acknowledge that these acts violated 21 U.S.C. § 846. I hereby stipulate that the facts described above are true and correct, and I accept them as the uncontested facts of this case.

5. I stipulate and agree to forfeit any and all interest I may have in the following property to the United States because the property constitutes contraband, instrumentalities of my offenses, or proceeds traceable to the illegal activity described in the indictment or was used or intended for use to facilitate the offense described in the indictment:

a. a money judgment in the amount of $5,000.00, which represents proceeds obtained by me as a result of the offense alleged in Count 1 of the indictment and relevant conduct, for which I am personally liable.

Dated: 8/10/2021

GLORIA ELIZABETH AGUILAR
Defendant

Factual Basis - Page 3

I have reviewed this Factual Basis with the defendant. Based on these discussions, I am satisfied that she understands the terms and effect of the Factual Basis and that she has signed it voluntarily.

Dated: 8/10/2021

_____
JASON PARRISH
Attorney for Defendant